James Walter MEADOWS v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia

No. 13024.

United States Court of Appeals, Fifth Circuit.

April 20, 1950.

James Walter Meadows, in pro. per.

J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower court is affirmed.

Robert Lee WILHOIT, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia.

No. 13110.

United States Court of Appeals, Fifth Circuit.

April 20, 1950.

No appearance entered on behalf of appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower court is affirmed.

William Richard WILLIAMS v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia.

No. 13090.

United States Court of Appeals, Fifth Circuit.

April 20, 1950.

William Richard Williams, in pro. per.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and McCORD and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the lower court is affirmed.